UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Peter d. Roman,

                Plaintiff,

  -against-                                  18 **CIVIL** 3998 (AJN)

                                        **JUDGMENT**

Warden F. Phipps, et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 30, 2020, Defendants' motion is granted, and this case is dismissed without prejudice for failure to prosecute; accordingly, this case is closed.

**Dated:** New York, New York

      April 30, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                          **Clerk of Court**
                              **BY:**
                                                      _____
                                                          **Deputy Clerk**